**Ronald Roy HENDERSON,**
**Plaintiff-Appellant,**

v.

**UNITED STATES of America,**
**Defendant-Appellee.**

**No. 83–5749.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 1984.

Decided June 5, 1984.

**484**

Michael M. Angello, San Diego, Cal., for plaintiff-appellant.

Michael Walsh, Warren P. Reese, Asst. U.S. Atty., San Diego, Cal., for defendant-appellee.

Before KENNEDY, PREGERSON and NELSON, Circuit Judges:

On February 14, 1984 this court entered an order worded as follows:

Appellant's renewed motion for leave to appeal in forma pauperis is granted to the extent that preparation of the reporter's transcript shall be at government expense under 28 U.S.C. § 753(f).

The Administrative Office of U.S. Courts has refused payment to the court reporter because the February 14 order did not specifically state that the appeal was "not frivolous (but presents a substantial issue)."

An order of this court directing production of a transcript at government expense pursuant to § 753(f) implicitly embodies a finding by the court that the appeal presents a substantial issue. Indeed, the court could not enter such an order without necessarily reaching such a conclusion. The February 14 order, and like orders from this court, shall be interpreted as certifications under § 753(f) by the Administrative Office of U.S. Courts. Furthermore, a finding is made *nunc pro tunc* that this appeal is not frivolous and presents a substantial issue.

The Administrative Office will compensate the reporter for the transcript produced pursuant to the February 14 order.